

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00108-CV

**IN THE INTERST OF M.G.N.** and A.C.N., Minor Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED and we REMAND this cause to the trial court for further proceedings consistent with this opinion. We tax costs of appeal against the party that incurred them.

SIGNED April 24, 2013.

Patricia O. Alvarez, Justice